**Petition for Writ of Habeas Corpus Dismissed and Memorandum Opinion filed June 14, 2022.**



**In The**

# Fourteenth Court of Appeals

**NO. 14-22-00374-CR**
**NO. 14-22-00375-CR**

**IN RE MICHAEL R. BAILEY, Relator**

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 16-DCR-073169 and No. 18-DCR-085234**

## MEMORANDUM OPINION

On May 25, 2022, relator Michael R. Bailey filed a petition for writ of habeas corpus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator claims that he is being illegally confined and restrained of his liberty by the Sheriff of Fort Bend County.

This Court does not have original habeas corpus jurisdiction in criminal cases. *In re Ayers*, 515 S.W.3d 356, 356 (Tex. App.—Houston [14th Dist.] 2016, orig. proceeding) (citing Tex. Gov't Code Ann. § 22.221(d)). Original jurisdiction to grant a writ of habeas corpus in a criminal case is vested in the Texas Court of Criminal Appeals, the district courts, the county courts, or a judge in those courts. *Id.* (citing Tex. Code Crim. Proc. Ann. art 11.05). Therefore, this Court is without jurisdiction to consider relator's petition requesting habeas corpus relief.

The relief sought by relator is not within this Court's jurisdiction. As such, relator's petition for writ of habeas corpus is dismissed for want of jurisdiction.


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Wise and Jewell.
Do Not Publish — Tex. R. App. P. 47.2(b).